**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN B. TRAINER, | Civil Action No.12-cv-2409 (SDW)(SCM) |
| Plaintiff, | |
| v. | **ORDER** |
| ANDERSON, et al., | |
| Defendants. | |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 2, 2017 by Magistrate Judge Steve C. Mannion ("Judge Mannion"). Plaintiff submitted objections to the R&R on November 13, 2017.[1] Defendants did not object to the R&R.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (Dkt. No. 188) is **ADOPTED** and **MODIFIED** as follows: Plaintiff's motion to re-open the case is **DENIED**, Defendants' motion to enforce the settlement agreement is **GRANTED**, and Plaintiff's remaining requests are **DENIED** as moot.[2]

**SO ORDERED**.

---

[1] Plaintiff's objections were received out of time, but will be deemed timely given his *pro se* prisoner status.
[2] The R&R references a motion to withdraw which is not reflected on the docket. The R&R states that the Defendants' motion to enforce the settlement is granted "in part," but the docket does not reflect any further requests.

Dated: November 20, 2017

s/ *Susan D. Wigenton*

**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig:   Clerk
cc:     Parties
       Magistrate Judge Mannion